

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Petitioner: Palina Danilchyk

**Civil Action No.**  26-cv-2229-RSH-BJW

**Plaintiff,**

**V.**

Respondent Markwayne Mullin: US
Secretary of Homeland Security, et all.

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition is DISMISSED without prejudice. The case is hereby closed.

**Date:**        4/13/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Nyamanjiva

S. Nyamanjiva, Deputy